UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN FRALISH,

     Plaintiff,

     v.                              Case No. 3:24-CV-642-CCB-SJF

EQUIFAX INFORMATION SERVICES,
LLC,

     Defendant.

## ORDER

Pursuant to the Notice of Voluntary Dismissal [DE 17] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is DISMISSED without prejudice, each party bearing its own costs.  The Clerk is DIRECTED to close this case.

SO ORDERED.

November 26, 2024

                      /s/ *Cristal C. Brisco*
                    CRISTAL C. BRISCO, JUDGE
                    UNITED STATES DISTRICT COURT